## 26663.  GUTHRIE v. THE STATE.

NICHOLS, Justice. The appeal was docketed in this court on June 24, 1971. The enumeration of errors was filed on August 9, 1971. No providential cause for such late filing was shown and under decisions exemplified by *Baker v. State,* 226 Ga. 45 (172 SE2d 409) and *Hatton v. State,* 226 Ga. 18 (172 SE2d 427), the appeal must be dismissed. See also Rule 14 (a) of this court.

*Appeal dismissed. All the Justices concur.*
SUBMITTED SEPTEMBER 16, 1971—
DECIDED SEPTEMBER 27, 1971.

*Grace W. Thomas,* for appellant.
*Lewis R. Slaton, District Attorney, Joel M. Feldman, Creighton W. Sossomon, Carter Goode, Arthur K. Bolton, Attorney General,* for appellee.